Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 3

| | |
|---|---|
| **BYD (SHANGLUO) INDUSTRIAL CO., LTD.,**<br><br>                       **Plaintiff**,<br><br>      v.<br><br>**UNITED STATES,**<br>                       **Defendant.** | Court. No. 22-00226<br><br>**S U M M O N S** |

**TO:**   The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C § 158(c) to contest the determination described below.



/s/ **Mario Toscano**
Clerk of the Court

---

1. The Plaintiff in this action is BYD (Shangluo) Industrial Co., Ltd. ("Shangluo BYD"). As a Chinese producer and exporter of Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, Shangluo BYD is an interested party within the meaning of 19 U.S.C. § 1677(9)(A), and was a party to the proceeding that led to the determination being challenged. Shangluo BYD participated in the proceeding through the submission of factual submissions and written arguments. As such, Shangluo BYD has standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

   (Name and standing of plaintiffs)

2. The contested determination is the U.S. Department of Commerce's final results in the administrative review of the antidumping duty order on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules from The People's Republic of China. *See* Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China, 87 Fed. Reg. 38,379 (Dep't Commerce June 28, 2022)(final results of antidumping duty administrative review and final determination of no shipments; 2019-2020). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c). This Summons is being filed within 30 days of the publication in the Federal Register of the final determination and is therefore timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A).

   (Brief description of contested determination)

**Form 3-1**

3. <u>June 28, 2022.</u>
   (Date of determination)

4. <u>June 28, 2022.</u>
   (If applicable, date of publication in Federal Register of notice of contested determination)

        Respectfully submitted,

        <u>/s/ Craig A. Lewis</u>
        Craig A. Lewis
        Nicholas W. Laneville

        HOGAN LOVELLS US LLP
        Columbia Square
        555 Thirteenth Street, N.W. Washington, DC 20004-1109
        (202) 637-5600
        craig.lewis@hoganlovells.com

        *Counsel to BYD (Shangluo) Industrial Co., LTD.*

Date: July 28, 2022